# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2011

Robert P. Young, Jr.,
Chief Justice

142808 & (52)(55)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

THOMAS WEIR FOLEY,
        Defendant-Appellee.

SC: 142808
COA: 297679
Branch CC: 09-059264-FC

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 27, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2011

Clerk

y0614